**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER DENNISON,<br><br>    Plaintiff<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant | Case No.: 2:25-cv-00251-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Jennifer Dennison's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Dennison's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by February 21, 2025.

DATED this 7th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE