**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER DENNISON, an individual,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., a foreign corporation; DOE INDIVIDUALS 1-10; ROE BUSINESS ENTITIES 11-20,<br><br>　　　Defendants. | Case No. 2:25-cv-00251-APG-DJA<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JENNIFER DENNISON, an individual, by and through her counsel, HICKS & BRASIER, PLLC and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 17th day of November, 2025.　　　　Dated this 17th day of November, 2025.

**TYSON & MENDES LLP**　　　　　　　　　　**HICKS & BRASIER, PLLC**

/s/ *Griffith Hayes*　　　　　　　　　　　　　　/s/ *Christian Miles*

---

GRIFFITH H. HAYES　　　　　　　　　　　　ALISON M. BRASIER
Nevada Bar No. 7374　　　　　　　　　　　　Nevada Bar No. 10522
2835 St. Rose Pkwy., Suite 140　　　　　　　CHRISTIAN A. MILES
Henderson, NV 89052　　　　　　　　　　　Nevada Bar No. 13193
*Attorneys for Defendant Walmart, Inc.*　　　2630 S. Jones Blvd.
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89146
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED this 17th day of November, 2025.**

**Kellene Fletcher**

---

| | |
|---|---|
| **From:** | Christian Miles <cmiles@lvattorneys.com> |
| **Sent:** | Monday, November 17, 2025 1:08 PM |
| **To:** | Stefania Rota Scalabrini; Griffith Hayes; Selenne Alvarez |
| **Subject:** | RE: Dennison 27-4749 |

Hey Stefania,

You can use my e-signature on the SAO to Dismiss if that is easier than using the physical copy of my signature. Thanks!

Best Regards,

**Christian A. Miles, Esq.**


2630 S. Jones Blvd. | Las Vegas, NV 89146
tel (702) 628-9888 | fax (702) 960-4118

Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

---

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Monday, November 17, 2025 12:36 PM
**To:** Griffith Hayes <ghayes@TysonMendes.com>; Selenne Alvarez <selenne@lvattorneys.com>; Christian Miles <cmiles@lvattorneys.com>
**Subject:** RE: Dennison 27-4749

Good afternoon Mr. Miles,

Please let us know if we may affix your signature on the SAO for dismissal.. Thank you.

**Stefania Rota Scalabrini**
**Paralegal**

2835 St. Rose Pkwy., Suite 140
